UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00193-RM-KLM

ROBERT W. BRYANT,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA
    Defendant.                                         **RULE 502(d) ORDER**

**KRISTEN L. MIX,**
**United States Magistrate Judge:**

    I. The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

    SO ORDERED.

Dated: Denver, Colorado
       March 26, 2015

                                             Kristen L. Mix
                                             United State Magistrate Judge

Copies **by ECF** to: All Counsel
                          Judge Kristen L. Mix