IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00193-RM-KLM

ROBERT W. BRYANT,

      Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

      Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **The Parties' Joint Motion to Extend Deadlines** [#35][1] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#35] is **GRANTED**.  The Scheduling Order [#17] is amended to extend the following deadlines:

- Discovery Deadline                 **December 16, 2015**
- Dispositive Motions and Rule 702 Motions   **January 15, 2016**
  Deadline

.

      Dated:  November 13, 2015

---

[1] "[#35]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  The Court uses this convention throughout this Minute Order.